IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

QUAME LAMAR COLLINS,                    )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  )          CV 120-092
                                        )
KATIE YOUNG, Nurse;                     )
STACY WILLIAMS, Nurse;                  )
ALFONZO WILLIAMS, Sheriff;              )
CHESTER V. HUFFMAN, Major;              )
JOHN H. BUSH, Major; and                )
CASSANDRA HAYNES, Captain,              )
                                        )
        Defendants.                     )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed.  (Doc. no. 12.)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge

as its opinion. Therefore, the Court **DISMISSES** Plaintiff's complaint for failure to state a

claim upon which relief may be granted and **CLOSES** this civil action.

SO ORDERED this ___6th___ day of November, 2020, at Augusta, Georgia.

                                        J. RANDAL HALL, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF GEORGIA