AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

QUAME LAMAR COLLINS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV120-092

KATIE YOUNG, Nurse, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated November 6, 2020, adopting the Report and Recommendation of the Magistrate Judge, this case is dismissed and stands closed.

11/6/2020
*Date*

John E. Triplett, Acting Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/1/03